United States District Court

Eastern District of California

James E. Crittenden,

        Plaintiff,                    No. Civ. S 05-0997 DFL PAN P

   vs.                               Order

Ms. Crone, et al.,

        Defendants.

-oOo-

    Plaintiff, an inmate without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983.

    A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may

1  be found, if there is no district in which the action may
2  otherwise be brought." 28 U.S.C. § 1391(b).
3      Here, the defendant is located and the claim arose in
4  Blythe, California, which is in the Central District of
5  California.  Therefore, in the interest of justice, this action
6  is transferred to the United States District Court for the
7  Central District of California.  See 28 U.S.C. § 1406(a); Starnes
8  v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).
9      So ordered.
10     Dated:  May 31, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge